UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>COLLIN LEONG, et al.,<br><br>        Defendants. | Case No. 15-cr-00127-WHO<br><br>**ORDER RESOLVING DEFENDANTS' MOTION TO EXCLUDE AND REQUIRING DISCLOSURE OF EXPERTS**<br><br>Re: Dkt. Nos. 321, 324, 325, 326 |

The government's Response to Motion for Discovery, Dkt. No. 324, resolved all issues raised in my Order Inviting Government's Response to Defendant's Requests for Further Discovery, Dkt. No. 321, except defendants' request that I preclude the government from calling any experts. Defendants make this request because the government has failed for a year to respond to their request to the government to identify any experts it intends to call. Defendants also allege in their papers that the government previously indicated that it would not call any. The government proposes reciprocal expert disclosures on February 29, 2016.

My Criminal Pre-trial Order, issued on December 15, 2015, is silent regarding the identification of experts, although motions in limine are due two weeks prior to the pretrial conference, or by March 7, 2016. Dkt. No. 294. No party requested that I set a deadline for the identification of expert witnesses. In light of this, prohibiting the government from calling any experts would be prejudicial and unfair.

At the same time, the government has known for a year that defendants sought this information and has known the trial date, now less than two months away, for two months. Defendants need to know quickly whether the government intends to call any experts and what the experts might opine in order to determine whether they will call any. Accordingly, the government shall disclose any experts on or before February 18, 2016. The disclosure shall meet

the requirements of Federal Rule of Criminal Procedure 16(a)(1)(G) and include the witness's opinions (listed numerically, for ease of reference), the bases and reasons for the opinions, and the witness's qualifications. Defendants shall similarly disclose any experts they intend to use in conformity with Federal Rule of Criminal Procedure 16(b)(1)(C) on or before February 29, 2016.

**IT IS SO ORDERED**.

Dated: February 11, 2016



WILLIAM H. ORRICK
United States District Judge